ROBERT F. FOWLER, ADM'R *de bonis non* OF EDWARD R. FOR-MAN, Appellant, *v.* JOHN BASHORE'S ADM'R, Respondent.

*Practice—Final Judgment—Appeal.*—No appeal lies until final judgment.

### Appeal from Lewis Circuit Court.

The verdict and judgment were as follows:

At this day come the said parties, by their respective attorneys, and thereupon came the jury, and, after hearing the instructions from the plaintiff and defendant, then retired to their room to consider of their verdict, and again return herein to court and say, upon their oaths, "We, of the jury, find that the money in the custody was the plaintiff's. The jury find that the defendant has not received more than a reasonable compensation for his labor and expenses." Thereupon the jury was discharged.

At this day come said parties, by their attorneys, and thereupon said plaintiff files motion herein for James McPike, commissioner, to pay over the funds now in his hands to the plaintiff, and for final decree; which said motion was, by the court, overruled. To the overruling and decision of the court plaintiff excepts.

It is, therefore, considered by the court that defendant have and recover of said plaintiff the costs and charges herein laid out, and expenses, and have execution therefor.

*Lipscomb & Pratt*, for appellant.

*T. L. Anderson & Son*, for respondent.

BATES, Judge, delivered the opinion of the court.

There is no final judgment in this case. There is a judgment for costs, but there is no final determination of the right of the parties in the action.

The case is still pending in the Circuit Court.

The appeal is dismissed. Judge Bay concurs.

Judge Dryden did not sit, having been of counsel in the lower court.